■ EVELYN VAIL, Respondent, v BLACK BROTHERS Co., Appellant. (And Two Other Actions.)—Order unanimously affirmed, with costs, upon the opinion at Special Term, Kronenberg, J. (Appeal from order of Cattaraugus Supreme Court—disclosure.) Present—Cardamone, J. P., Schnepp, Callahan, Doerr and Moule, JJ.